```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

CHESTER SMITH,                  :
    Plaintiff
                                                                       :

    vs.                         :   CIVIL NO. 1:CV-06-2371

MICHAEL J. ASTRUE,              :      (Judge Caldwell)
Commissioner of Social
Security,                       :   (Magistrate Judge Mannion)
    Defendant

*O R D E R*

AND NOW, this 2nd day of November, 2007, upon consideration of the report (doc. 10) of the Magistrate Judge, filed September 27, 2007, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The report of the Magistrate Judge is adopted;

    2. Pursuant to the recommendation of the Magistrate Judge, Plaintiff's appeal of the decision of the Administrative Law Judge is denied;

    3. The Clerk of Court shall close this file.

                                   /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge